**Walter Duane WHITE, Plaintiff—Appellant,**

v.

**Pushp K. CLAUDIUS; Freddie Gorrido; Samuel L. Batts; D.R. Stephens, Defendants—Appellees.**

No. 10–6585.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 21, 2010.

Walter Duane White, Appellant Pro Se.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Dismissed in part; affirmed in part by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Duane White seeks to appeal the district court's order denying his motion for the appointment of counsel and his motion for a preliminary injunction in this *Bivens** action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The court's denial of White's motion for appointment of counsel is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss that portion of White's appeal for lack of jurisdiction. As for the denial White's motion for a preliminary injunction, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Claudius*, No. 5:09–ct–03191–D (E.D.N.C. Apr. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

*DISMISSED IN PART; AFFIRMED IN PART.*